**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gladys RIVERA, Defendant–Appellant.**

No. 12–12703
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 3, 2012.

Peggy Morris Ronca, Lakesia R. Mosley, U.S. Attorney's Office, Orlando, FL,

Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Charles E. Taylor, Jr., Law Office Of Charles E. Taylor, Jr., Orlando, FL, for Defendant–Appellant.

Gladys Rivera, Coleman, FL, pro se.

Before MARCUS, JORDAN, and KRAVITCH, Circuit Judges.

PER CURIAM:

Charles E. Taylor, appointed counsel for Gladys Rivera in this direct criminal appeal, has filed both a motion to withdraw from further representation of Ms. Rivera and a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ms. Rivera has not objected to the *Anders* brief filed by Mr. Taylor, and our independent review of the entire record reveals that Mr. Taylor's assessment of the relative merit of Ms. Rivera's appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, Mr. Taylor's motion to withdraw is **GRANTED,** and Ms. Rivera's conviction and sentence are **AFFIRMED.**